IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATSY H. MCMILLAN, Individually and
On Behalf of All Others Similarly Situated,

       Plaintiff,                        Civ. No. 1:21-cv-00091-MC

       v.                            JUDGMENT

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

       Defendant.

_____

MCSHANE, Judge:

       Based upon the Notice of Settlement (ECF No. 52), this action is dismissed with

prejudice.  Each party will bear their own costs, expenses, and attorney fees, except as provided in

any agreement between them.

IT IS SO ORDERED.

       DATED this 26th day of May 2023.

                      _____/s/ Michael J. McShane_____
                          Michael McShane
                    United States District Judge

1 –JUDGEMENT